CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 28 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

METAPHYZIC EL-ECTROMAGNETI
SUPREME-EL,
    Petitioner,                       Civil Action No. 7:16-cv-00060

v.                               ORDER

UNITED STATES, et al.,            By:   Hon. Jackson L. Kiser
    Respondents.                         Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus is **DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 28th day of March, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge